UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBIN GILL,<br><br>    Plaintiff,<br><br>    v.<br><br>THATCHER BROOK CENTER and JOB PLACEMENT SERVICE, INC.<br><br>    Defendants. | Civil Action No.:  18-CV-00500-JDL |

## STIPULATION OF DISMISSAL

NOW COME, the parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, and without costs or attorney's fees to any party.

Dated at Portland, Maine this 9th day of July 2019

/s/ Chad T. Hansen
Chad T. Hansen, Esq.
Attorney for Plaintiff

Maine Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME 04101
(207) 874-0905


/s/ Shiloh D. Theberge
Shiloh D. Theberge
Attorney for Defendant

Bernstein Shur
P.O. Box 9729
Portland, ME 04104-5029
(207) 774-1200

1

2

CERTIFICATE OF SERVICE

      I certify that I made service of the foregoing document on all counsel of record using the Court's ECF system.

DATE:  July 9, 2019                                                     /s/ Chad T. Hansen